# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br>500 12th Street SW<br>Washington, DC 20536<br><br>U.S. DEPARTMENT OF DEFENSE,<br>1600 Pentagon 3E788<br>Washington, DC 20301-1600<br><br>and<br><br>U.S. SOUTHERN COMMAND,<br>9301 NW 33rd Street<br>Doral, FL 33172<br><br>*Defendants.* | Case No. 25-cv-1846 |

## **COMPLAINT**

1.       American Oversight brings this case following reporting that President Trump plans to dramatically expand the use of Naval Station Guantánamo Bay ("Guantánamo") to hold thousands of detainees in legal limbo there pending deportation—possibly indefinitely—with little or no due process, enlisting the U.S. military to carry out this draconian immigration enforcement action.[1]

---

[1] *See, e.g.*, Nahal Toosi & Myah Ward, *Trump Team Plans to Send Thousands of Migrants to Guantanamo Starting as Soon as This Week*, POLITICO (June 10, 2025, 12:33 PM), https://www.politico.com/news/2025/06/10/trump-plans-migrants-guantanamo-bay-00396673;

2.     On January 29, 2025, in a memorandum sent to the Secretaries of Defense and Homeland Security, President Trump signaled his intent to use Guantánamo as a key hub in his plans to deport noncitizens.[2]

3.     Guantánamo is synonymous with the detention camp established there during the George W. Bush Administration to hold terrorist suspects and alleged enemy combatants, principally to avoid constitutional scrutiny.

4.     In early February, Trump sent the first group of detainees to Guantánamo, noting that "[s]ome of them are so bad we don't even trust the countries to hold them," and that Guantánamo is a "a tough place to get out."[3]

5.     That action came as a "shock" to Pentagon officials when it was announced[4] and invited a swift backlash and widespread media attention, including from legal commentators;[5]

---

John Hudson & Alex Horton, *Trump to Ramp Up Transfers to Guantánamo, Including Citizens of Allies*, WASH. POST (updated June 11, 2025, 9:37 AM), https://wapo.st/4kFZB31.

[2] *See* Mem. for the Secretary of Defense & Secretary of Homeland Security, *Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity*, The White House (Jan. 29, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/expanding-migrant-operations-center-at-naval-station-guantanamo-bay-to-full-capacity/.

[3] Bernd Debusmann Jr. & Will Grant, *Trump Says US Will Send Some Migrants to Guantanamo Bay*, BBC (Jan. 29, 2025), https://www.bbc.com/news/articles/c5yelgxk3rlo.

[4] Paul McLeary et al., *Pentagon Shocked by Trump's Order to House Migrants in Guantanamo Bay*, POLITICO (Jan. 31, 2025, 10:00 AM), https://www.politico.com/news/2025/01/31/trump-guantanamo-bay-migrants-pentagon-00201715.

[5] *See, e.g.*, Sacha Pfeiffer, *The First Group of Migrants Has Been Sent to Guantánamo, but Legal Challenges Loom*, NPR (updated Feb. 5, 2025, 8:00 AM), https://www.npr.org/2025/02/04/nx-s1-5286579/donald-trump-migrants-guantanamo-legal-challenges-immigration.

immigrants' rights organizations alleging that they could not speak with their clients;[6] families of the detainees;[7] and former government officials.[8]

6.      In many cases, the detainees do not have criminal records and have been accused of nothing more than civil immigration violations, such as failure to enter at designated port of entry or lapse of their immigration status.[9]

7.      Some detainees are currently being held in Camp 6, where suspected members of Al-Qaeda were once imprisoned.[10]

8.      Detainees held at Guantánamo report deplorable conditions, including being subjected to continuous and invasive strip-searches and held in isolation, allowed "only two one-hour opportunities to go outside over two weeks," in some cases leading to suicide attempts.[11] Detainees are supervised by military guards accustomed to guarding individuals accused of war

---

[6] *See, e.g.*, Compl., *Las American Immigr. Advocacy Ctr. v. Noem*, Case No. 25-cv-0418 (CJN) (D.D.C. Feb. 12, 2025), https://storage.courtlistener.com/recap/gov.uscourts.dcd.277395/gov.uscourts.dcd.277395.1.0.pdf.
[7] *See, e.g.*, Perla Trevizo, *U.S. Claims Migrants Held at Guantanamo Are "Worst of the Worst." Their Families Say Otherwise.*, TEX. TRIBUNE (Feb. 13, 2025, 2:00 PM), https://www.texastribune.org/2025/02/13/immigration-flights-elpaso-guantanamo/.
[8] *See, e.g.*, Courtney Kube et al., *Trump Admin Plans to Use Notorious Guantánamo Detention Facility and Nearby Tents to Hold Immigrants*, NBC NEWS (Feb. 5, 2025, 2:38 PM), https://www.nbcnews.com/politics/national-security/trump-admin-plans-use-notorious-guantanamo-detention-facility-nearby-t-rcna190707.
[9] *See, e.g.*, Trevizo, *supra* note 7; Silvia Foster-Frau & Ana Vanessa Herrero, *Invasive Frisks, Suicide Attempts: Three Migrants Describe Guantánamo Detention*, WASH. POST (Feb. 25, 2025), https://www.washingtonpost.com/immigration/2025/02/25/guantanamo-trump-migrants-deportations-venezuela/.
[10] Carol Rosenberg, *How Guantánamo Bay Figures in the Trump Immigration Crackdown*, N.Y. TIMES (Apr. 4, 2025), https://www.nytimes.com/2025/04/04/us/politics/migrant-mission-guantanamo-bay.html.
[11] Foster-Frau & Herrero, *supra* note 9.

crimes, instead of by U.S. Immigration and Customs Enforcement ("ICE") agents who typically oversee detainees accused of civil immigration violations.[12]

9.      In March, the Trump Administration informed Congress that the operation cost $39.3 million in just the first month,[13] including $3 million for tents that were never used.[14] Senator Gary Peters, the Ranking Member of the Senate Homeland Security and Governmental Affairs Committee, estimated that the cost to the taxpayer was $100,000 *per day* for each detainee.[15]

10.     Facing "major legal, logistical and financial hurdles," the Trump Administration began winding down flights of detainees to Guantánamo—but Trump "still want[ed] the plan to move forward."[16]

11.     On May 20, White House Deputy Chief of Staff Stephen Miller excoriated ICE officials, demanding ICE ramp deportations up again.[17] By the end of May, Miller announced that ICE aimed to arrest 3,000 people per day.[18]

---

[12] *Id.*

[13] Carol Rosenberg, *U.S. Has Spent $40 Million to Jail About 400 Migrants at Guantánamo*, N.Y. TIMES (updated Apr. 1, 2025), https://www.nytimes.com/2025/03/31/us/politics/migrants-guantanamo-costs.html.

[14] Carol Rosenberg, *Guantánamo Migrant Operation Has Held Fewer Than 500 Detainees, and None in Tents*, N.Y. TIMES (May 5, 2025), https://www.nytimes.com/2025/05/05/us/politics/guantanamo-migrants-trump.html.

[15] Ted Hesson, *Trump Migrant Detentions at Guantanamo Bay Cost $100,000 Per Person Daily, Senator Says*, REUTERS (May 20, 2025, 6:59 PM), https://www.reuters.com/world/us/trump-migrant-detentions-guantanamo-bay-cost-100000-per-person-daily-senator-2025-05-20/.

[16] Courtney Kube et al., *Trump Administration Rethinking Guantánamo Immigrant Detention Plan Amid Cost Issues and Power Struggles*, NBC NEWS (updated Mar. 5, 2025, 3:36 PM), https://www.nbcnews.com/politics/national-security/trump-admin-rethinking-guantanamo-immigrant-detention-plan-rcna194274.

[17] *See* Stuart Anderson, *Stephen Miller's Order Likely Sparked Immigration Arrests and Protests*, FORBES (June 9, 2025, 3:16 PM) https://www.forbes.com/sites/stuartanderson/2025/06/09/stephen-millers-order-likely-sparked-immigration-arrests-and-protests; Hamed Aleaziz, *Top Officials Overseeing Deportations Leave Their Roles at ICE*, N.Y. TIMES (May 29, 2025), https://www.nytimes.com/2025/05/29/us/politics/ice-deportations-officials-trump.html.

[18] *See* Anderson, *supra* note 17.

12.     Beginning on June 6, following weeks of increased arrests of noncitizens in schools and other public places, widespread protests broke out across the country.[19] In response, the Trump Administration deployed the National Guard to suppress protests against ICE's controversial immigration enforcement actions.[20]

13.     On June 10, reporting indicated that the Trump Administration intended to resume and escalate its plans for Guantánamo and increase the number of detainees being held there from 500 to 9,000—a 1700% increase.

14.     The Trump Administration is relying on Guantánamo to facilitate its goal of mass deportations by holding noncitizens in a place where it is easy to claim (often incorrectly) that the U.S. Constitution offers less protection, and difficult for the individuals' legal counsel, the media, and the public to understand what is happening. But detainees at Guantánamo possess constitutional rights, including their Fifth Amendment right of due process.

15.     The Trump Administration reportedly "is unlikely to inform the [noncitizens'] home governments about the impending transfers to the infamous military facility, including close U.S. allies such as Britain, Germany and France,"[21] increasing the risk that some individuals will be indefinitely held at Guantánamo, even though it is ostensibly set up as a temporary detention site.

---

[19] *See* Bora Erden, *Maps and Timeline of the L.A. Immigration Protests and the Federal Response*, N.Y. TIMES (updated June 11, 2025, 12:33 PM), https://www.nytimes.com/interactive/2025/06/08/us/la-immigration-protests-photos-map.html.

[20] Graham Kates & Joe Walsh, *California Sues Trump Administration for Deploying National Guard to Los Angeles: "Unprecedented Power Grab,"* CBS NEWS (updated June 9, 2025, 11:16 PM), https://www.cbsnews.com/news/trump-national-guard-california-lawsuit-gavin-newsom/.

[21] Hudson & Horton, *supra* note 1; *see* Vienna Convention on Consular Relations art. 36, Apr. 24, 1963, 21 U.S.T. 77, 596 U.N.T.S.261 ("[T]he competent authorities of the receiving State shall, without delay, inform the consular part of the sending State if . . . national of that State is arrested . . . or is detained in any other manner.").

16.     The Trump Administration has failed to release any policy, directive, or memorandum regarding the length of stay of these detainees at Guantánamo. Reportedly, the Trump Administration intends to "minimize" the time detainees spend there, but "the White House could decide to use the facility for longer-term detention."[22]

17.     The prospect that the Trump Administration is ramping up plans to hold detainees at the Guantánamo detention camp for an indefinite period harkens back to some of the darkest chapters for civil liberties in the United States and merits the highest level of attention; at such times it is especially critical for the public to know "what their government is up to."[23]

18.     In April 2025, Plaintiff American Oversight submitted requests for records under the Freedom of Information Act ("FOIA") from executive branch agencies pertaining to President Trump's actions related to the use of Guantánamo as a tool in his mass deportation agenda.

19.      Having received no records in response, American Oversight now brings this action against three federal agencies under FOIA, 5 U.S.C. § 552, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

**<u>JURISDICTION AND VENUE</u>**

20.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

21.     Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

---

[22] Hudson & Horton, *supra* note 1.
[23] *DOJ v. Reporters Cmte. for Freedom of the Press*, 489 U.S. 749, 773 (1989).

22.    Because Defendants have failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining Defendants from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

23.    Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to the promotion of transparency in government, the education of the public about government activities, and ensuring the accountability of government officials. Through research and requests for public records under FOIA, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

24.    Defendant U.S. Immigration and Customs Enforcement is a component of the U.S. Department of Homeland Security, which is a department of the executive branch of the U.S. government, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). ICE is headquartered in Washington, DC. ICE has possession, custody, and control of records that American Oversight seeks.

25.    Defendant U.S. Department of Defense ("DOD") is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). DOD has possession, custody, and control of records that American Oversight seeks.

26.     Defendant U.S. Southern Command ("SOUTHCOM") is a component of DOD, which is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). SOUTHCOM has possession, custody, and control of records that American Oversight seeks.

## STATEMENT OF FACTS

27.     On April 8, 2025, American Oversight submitted FOIA requests to ICE and SOUTHCOM regarding the Trump Administration's practice of sending migrants to Guantánamo Bay before deporting them to third countries.

### *Guantánamo Communications Requests*

28.     On April 8, 2025, American Oversight submitted a FOIA request to ICE (internal tracking number DHS-ICE-25-1007) seeking email communications and text messages of eight senior ICE officials containing certain key terms related generally to Guantánamo, from January 20, 2025, through the date the search was conducted.

29.     A true and correct copy of that request is attached as Exhibit A.

30.     On April 10, 2025, ICE acknowledged receipt of the request, assigned the request tracking number 2025-ICFO-30725, and stated that ICE would invoke a 10-day extension for its response to the request.

31.     American Oversight has received no further communication from ICE regarding this FOIA request.

32.     On April 8, 2025, American Oversight submitted a FOIA request to SOUTHCOM (internal tracking number DOD-SOUTHCOM-25-1011) seeking email communications and text

messages of four senior SOUTHCOM officials containing certain key terms related generally to Guantánamo, from January 20, 2025, through the date the search was conducted.

33.    A true and correct copy of that request is attached as Exhibit B.

34.    On April 10, 2025, SOUTHCOM acknowledged receipt of the request, assigned the request tracking number SC 25-042-S, and stated that SOUTHCOM would invoke a 10-day extension for its response to the request.

35.    American Oversight has received no further communication from SOUTHCOM regarding this FOIA request.

*Guantánamo Policies and Directives Requests*

36.    On April 8, 2025, American Oversight submitted a FOIA request to ICE (internal tracking number DHS-ICE-25-1009) seeking directives, guidance, policies, contracts, inter-governmental service agreements, memoranda of understanding, reports, actual or projected expenditures, and other records regarding the detainment of migrants at Guantánamo Bay, from January 20, 2025, through the date the search was conducted.

37.    A true and correct copy of that request is attached as Exhibit C.

38.    On April 10, 2025, ICE acknowledged receipt of the request, assigned the request tracking number 2025-ICFO-30730, and stated that ICE would invoke a 10-day extension for its response to the request.

39.    American Oversight has received no further communication from ICE regarding this FOIA request.

40.    On April 8, 2025, American Oversight submitted a FOIA request to SOUTHCOM (internal tracking number DOD-SOUTHCOM-25-1013) seeking directives, guidance, policies, contracts, inter-governmental service agreements, memoranda of understanding, reports, actual or

projected expenditures, and other records regarding the detainment of migrants at Guantánamo

Bay, from January 20, 2025, through the date the search was conducted.

41.    A true and correct copy of that request is attached as Exhibit D.

42.    On April 10, 2025, SOUTHCOM acknowledged receipt of the request, assigned

the request tracking number SC 25-043-S, and stated that SOUTHCOM would invoke a 10-day

extension for its response to the request.

43.    American Oversight has received no further communication from SOUTHCOM

regarding this FOIA request.

*Exhaustion of Administrative Remedies*

44.    As of the date of this Complaint, Defendants have failed to either (a) notify

American Oversight of any determination regarding its FOIA requests, including the scope of any

responsive records the agency intends to produce or withhold and the reasons for any withholdings;

or (b) produce the requested records or demonstrate that the requested records are lawfully exempt

from production.

45.    Through Defendants' failure to respond to American Oversight's FOIA requests

within the time period required by law, American Oversight has exhausted its administrative

remedies and now seeks immediate judicial review.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

46.    American Oversight repeats the allegations in the foregoing paragraphs and

incorporates them as though fully set forth herein.

47.    American Oversight properly requested records within the possession, custody, and

control of Defendants.

48.     Defendants are agencies subject to and within the meaning of FOIA, and they must therefore make reasonable efforts to search for requested records.

49.     Defendants have failed to promptly and adequately search for records responsive to American Oversight's FOIA requests.

50.     Defendants' failures to conduct adequate searches for responsive records violate FOIA.

51.     Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendants to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA requests.

**COUNT II**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

52.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

53.     American Oversight properly requested records within the possession, custody, and control of Defendants.

54.     Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce non-exempt records responsive to its FOIA requests.

55.     Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA requests.

56.     Defendants' failure to provide all non-exempt responsive records violates FOIA.

57.     Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA

requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

**<u>REQUESTED RELIEF</u>**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA requests;

(2) Order Defendants to produce, within 20 days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA requests with indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated:  June 12, 2025                          Respectfully submitted,

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
danny.martinez@americanoversight.org

*Counsel for Plaintiff*