UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>       Defendants. | Civil Action No. 25-1846 (RDM) |

## JOINT STATUS REPORT

Plaintiff American Oversight and Defendants U.S. Immigration and Customs Enforcement ("ICE"), Department of Defense, and U.S. Southern Command ("SOUTHCOM"), jointly submit this joint status report in this Freedom of Information Act ("FOIA") case.

This case concerns four FOIA requests Plaintiff submitted on April 8, 2025, two each to ICE and SOUTHCOM. *See* Compl. (ECF No. 1) ¶¶ 28, 32, 36, 40. The parties are conferring on the substance of the requests, including on the status of processing of the responsive records. The parties respectfully request that the Court permit them to file a further joint status report on or before February 12, 2026.

Dated: February 5, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005

By:     */s/ Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*

- 2 -

(202) 897-2465
danny.martinez@americanoversight.org

*Counsel for Plaintiff*