UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>          Plaintiff,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>          Defendants. | Civil Action No. 25-1846 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 5, 2026, Minute Order, Plaintiff American Oversight and Defendants U.S. Immigration and Customs Enforcement ("ICE"), Department of Defense, and U.S. Southern Command ("SOUTHCOM"), jointly submit this joint status report in this Freedom of Information Act ("FOIA") case. This case concerns four FOIA requests Plaintiff submitted on April 8, 2025, two each to ICE and SOUTHCOM. *See* Compl. (ECF No. 1) ¶¶ 28, 32, 36, 40. Defendants provide the following updates regarding the processing of Plaintiff's requests:

**ICE (Requests DHS-ICE-25-1007 & DHS-ICE-25-1009)**: ICE reports that it made a release of responsive, non-exempt records on September 19, 2025. As previously reported, ICE has released all responsive, non-exempt records except for sixty-four potentially responsive pages that have been referred to the Department of Homeland Security, the Department of the Army, the U.S. Coast Guard, and U.S. Customs and Border Protection. Plaintiff has requested when the government expects to produce these records. ICE reports that it has no control over the release of the referred records and it has and will continue to follow up with those agencies and, if able, will provide an estimate to Plaintiff regarding when records sent for referral will be released. Plaintiff notes that while ICE contends that it has no control over the release of the referred records,

at least one of the agencies—the Department of the Army—is a sub–agency of the Department of Defense, one of the defendants in this matter.

**SOUTHCOM (Requests SC 25-042-S & SC 25-043-S)**: SOUTHCOM previously reported that it completed its searches for records responsive to both requests. SOUTHCOM reports that it is processing records and will make a release of responsive, non-exempt information as soon as practicable.

Plaintiff notes that SOUTHCOM two months ago reported that it "anticipate[d] beginning processing [the] records shortly." Joint Status Report at 2, ECF No. 12 (Dec. 3, 2025). But SOUTHCOM's statement above makes clear that it has *still* not begun processing records, nor has it provided an estimate for when it will finish processing those records. Plaintiff has asked Defendants that SOUTHCOM commit to processing at least 500 pages of records beginning no later than February 23, 2026. *See Nat'l Sec. Counselors v. U.S. Dep't of Just.*, 848 F.3d 467, 471–72 (D.C. Cir. 2017) (noting that a policy processing 500 pages per month "serves to promote efficient responses").

Defendants note that Plaintiff made the processing rate proposal shortly before close of business on the filing deadline for this joint status report. SOUTHCOM requires some reasonable time to take a position and will confer with Plaintiff ahead of the next joint status report.

The parties respectfully request that the Court permit them to file a further joint status report on or before March 12, 2026.

\*   \*   \*

| | |
|---|---|
| Dated: February 12, 2026<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Daniel Martinez*<br>Daniel Martinez<br>D.C. Bar No. 90025922<br>Jessica Jensen<br>D.C. Bar No. 1048305<br>AMERICAN OVERSIGHT<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>(202) 897-2465<br>danny.martinez@americanoversight.org<br><br>*Counsel for Plaintiff* | By:      */s/ Dimitar P. Georgiev*<br>        DIMITAR P. GEORGIEV, D.C. Bar # 1735756<br>        Assistant United States Attorney<br>        601 D Street, NW<br>        Washington, DC 20530<br>        (202) 252 – 7678<br><br>*Attorneys for the United States of America* |

- 3 -