UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Civil Action No. 25-1846 (RDM) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Jeremy S. Simon as counsel for the Defendants in the above-captioned case.

Respectfully submitted,

______/s/___________________

JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for the United States of America*